AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ANTHONY K. ANDERSON,

    Petitioner,          JUDGMENT IN A CIVIL CASE

v.

                            CASE NUMBER: **2:16-cv-02215-APG-PAL**

BRIAN WILLIAMS, et al.,

    Respondent(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for lack of jurisdiction as a successive petition.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.


December 19, 2016                                    **LANCE S. WILSON**
                                                     Clerk

                                                     /s/ K. Rusin
                                                     Deputy Clerk